

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-4-2012

# John Sutter v. Oxford Health Plans

Precedential or Non-Precedential: Precedential

Docket No. 11-1773

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"John Sutter v. Oxford Health Plans" (2012). *2012 Decisions.* Paper 1068.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1068

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1773
_____

JOHN IVAN SUTTER, M.D.
v.
OXFORD HEALTH PLANS LLC,
                                        Appellant

_____

On Appeal from the District Court
for the District of New Jersey
(No. 05-cv-2198)
District Judge: Honorable Garrett E. Brown

_____

Before: FUENTES, CHAGARES, *Circuit Judges*, and POGUE, *Judge*[1]

**ORDER AMENDING OPINION**

It appearing that first paragraph, first line of the opinion filed April 3, 2012 omitted the first name of the appellee, at the direction of the Court it is hereby O R D E R E D that the opinion is amended as follows:

Oxford Health Plans, LLC, and Dr. John Ivan Sutter are parties to a Primary Care Physician Agreement, drafted by Oxford, which contains a broad arbitration clause.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:            April 4, 2012
MB/cc:        Eric D. Katz, Esq.
                   P. Christine Deruelle, Esq.

_____

[1] Hon. Donald C. Pogue, Chief Judge, United States Court of International Trade, sitting by designation.

Adam N. Saravay, Esq.
Edward Soto, Esq.